```
Code: 1020
Name:      Jordan Blocher
Address:   4697 Victorian Ave #418
           Sparks, NV 89431
Telephone: 775-378-3555
Self-Represented
```

__Filed __Received __Entered __Served On
Counsel/Parties of Record

JUL 1 2 2023

Clerk US District Court
District of Nevada
By:_____ Deputy

UNITED STATES DISTRICT COIURT

DISTRICT OF NEVADA

Jordan Blocher
_____,           Civ. No.   3:23-cv00209-MMD-CLB
           Plaintiff,

vs.

MindGeek USA Incorporated
_____,
           Defendant.

_____ /

REQUEST FOR REPRESENTATION

   I, Plaintiff Jordan Blocher, self-representing, request that the court assist in finding a lawyer to represent my case. I am so distraught when I have to address these matters, that I find I need assistance to adhere to court regulations. Please forgive my ineptitude, I will do whatever it takes to see that my concerns are addressed.

   This document does not contain the Social Security Number of any person.

   I declare under penalty of perjury, under the law of the State of Nevada, that the foregoing statements are true and correct.
07/10/2023

                                    Signature:    _____

Date:  07/10/2023                   Print Your Name:   Jordan Blocher